# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147893

SAMANTHA LEGEL,
   Plaintiff-Appellee,

v

WEST SHORE MEDICAL CENTER,
   Defendant-Appellee,

and

DR. DANIEL JOSEPH,
   Defendant-Appellant,

and

DR. EDUARDO BARLAN,
   Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147893
COA: 311588
Manistee CC: 12-014482-NH

   On order of the Court, the application for leave to appeal the October 3, 2013, order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014


Clerk

h0324